AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Andre Marvin Marnael Jenkins<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:25-mj-00081<br>)<br>)<br>)<br>) |



## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 10, 2025__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

On April 10, 2025, at 1507 Dorchester Road, Apartment 73, in Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Andre Marvin Marnael Jenkins possessed approximately 17 grams of a substance that field-tested positive for Fentanyl, a Schedule II controlled substance, and a loaded Glock 9mm pistol. Based on my training and experience, this quantity is consistent with an intent to distribute.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jennifer L. King (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __04/11/2025__

_____
*Judge's signature*

City and state: __Charleston, West Virginia__   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*